

FILED
CLERK, U.S. DISTRICT COURT
NOV 1 0 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 2:25-mj-02041-DUTY |
| JUAN MANUEL CHAVEZ-ROJAS DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of __the parties__, IT IS ORDERED that a detention hearing is set for __Thursday, November 13__, __2025__, at __11:00__ ☒ a.m. / ☐ p.m. before the Honorable __Karen L. Stevenson__, in Courtroom __580__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __November 10, 2025__

_____
U.S. ~~District Judge~~/Magistrate Judge